**Case No.** CV 16-1601-MWF (RAOx)            **Date:** June 9, 2017
          **CV 16-4794-MWF (RAOx)**
          **CV 16-6878-MWF (RAOx)**

Title:    Michael Nicholson, et al. -v- City of Inglewood, et al.
       T.R.S. -v- City of Inglewood, et al.
       Rosalind Osler, et al. -v- City of Inglewood, et al.

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

         Deputy Clerk:                        Court Reporter:
         Connie Lee                            Not Reported

         Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
         None Present                         None Present

**Proceedings (In Chambers):**      ORDER CLOSING ACTIONS

On June 8, 2017, the Court consolidated the following actions:

- CV 16-1601-MWF (RAOx): *Nicholson, et al. v. City of Inglewood, et al.*;
- CV 16-4794-MWF (RAOx): *T.R.S. v. City of Inglewood*;
- CV 16-6878-MWF (RAOx): *Osler, et al. v. City of Inglewood, et al.*

The parties were directed to make all filings in Case No. CV 16-1601-MWF (RAOx) *only*, as the lead action. Accordingly, the Clerk is **ORDERED** to close the following two actions:

- CV 16-4794-MWF (RAOx): *T.R.S. v. City of Inglewood*;
- CV 16-6878-MWF (RAOx): *Osler, et al. v. City of Inglewood, et al.*

IT IS SO ORDERED.